NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HELFERICH PATENT LICENSING, LLC, WIRELESS SCIENCE, LLC,**
*Appellants*

**v.**

**CBS INTERACTIVE, INC., THE NEW YORK TIMES COMPANY, G4 MEDIA, LLC, BRAVO MEDIA LLC,**
*Appellees*

**MICHELLE K. LEE, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2014-1556

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 2013-00033.

---

**JUDGMENT**

---

AARON M. PANNER, Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC, Washington, DC, argued for appellants. Also represented by MICHAEL E. JOFFRE, MELANIE

L. BOSTWICK; VICTORIA GRUVER CURTIN, Victoria Gruver Curtin, PLC, Scottsdale, AZ; STEVEN G. LISA, JON E. KAPPES, Law Offices of Steven G. Lisa, Scottsdale, AZ; GERALD D. HOSIER, Law Offices of Gerald D. Hoiser, Ltd., Aspen, CO; BRAD PEDERSEN, Patterson Thuente Pedersen, P.A, Minneapolis, MN.

ANDREA GAY REISTER, Covington & Burling LLP, Washington, DC, argued for appellees. Also represented by GREGORY DISCHER, MICHAEL S. SAWYER.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K. KELLEY, SCOTT WEIDENFELLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  April 8, 2015  
Date

/s/  Daniel  E.  O'Toole  
Daniel E. O'Toole  
Clerk of Court